**COM.**

v.

**TIBURCIO, M.**

**1553 MDA 2016**

Superior Court of Pennsylvania.

09/19/2017

CP–06–CR–0004600–2015 (Berks)

Affirmed

■

**COM.**

v.

**GARLOCK, T.**

**1575 MDA 2016**

Superior Court of Pennsylvania.

9/19/2017

CP–28–CR–0001393–2010 (Franklin)

Reversed/Vacated/Remanded

■

**COM.**

v.

**FAILOR, D.**

**1664 MDA 2016**

Superior Court of Pennsylvania.

09/19/2017

CP–21–CR–0002532–2015 (Cumberland)

Affirmed

■

**COM.**

v.

**MUNIZ, E.**

**1965 MDA 2016**

Superior Court of Pennsylvania.

09/19/2017

CP–67–CR–0002483–2016 (York)

Affirmed—Application to Withdraw as Counsel Granted

■

**COM.**

v.

**SELLARD, J.**

**2026 MDA 2016**

Superior Court of Pennsylvania.

09/19/2017

CP–36–CR–0004518–2013 (Lancaster)

Affirmed